SHANNON R MOORE   - PLAINTIFF
C/O 14 EASTFIELD ROAD
CAPE ELIZABETH ME 04107

vs

JOHN/JANE DOE  - DEFENDANT
RENEAU J LONGORIA  - DEFENDANT
C/O DOOAN GRAVES & LONGORIA, 100 CUMMINGS CENTER STE 225D
BEVERLY MA 01915

SUPERIOR COURT
CUMBERLAND, ss.
Docket No  PORSC-CV-2021-00279

DOCKET RECORD

Filing Document: COMPLAINT
Filing Date: 07/12/2021

Minor Case Type: OTHER PERSONAL INJURY TORT

## Docket Events:

07/12/2021 FILING DOCUMENT - COMPLAINT FILED ON 07/12/2021
          NOTICE: COMPLETED SUMMONS SERVICE, EXHIBIT A-SERVED SUMMONS AND CLAIM, EXHIBIT B-PROOF OF
          SERVICE, NOTICE: MOORE COURT REGISTERED, NOTICE: CHIEF PROSECUTOR, NOTICE: JURISDICTION,
          NOTICE: VENUE, NOTICE: RIGHT TO PURSUE CLAIM, NOTICE: LEGAL IDIOT, NOTICE: PROPERTY,
          NOTICE: VERIFICATIONS, NOTICE: SEALED CASE FILE, NOTICE: 'RECORD' IS SPOKEN, NOTICE/ORDER:
          PRESIDER (MAGISTRATE), ORDER FOR PRESIDER (MAGISTRATE), NOTICE: BOND.

07/14/2021 Party(s):  SHANNON R MOORE
          OTHER FILING - OTHER DOCUMENT FILED ON 07/13/2021
          NOTICE: MOORE COURT REGISTERED, NOTICE: PROPERTY.

07/14/2021 Party(s):  SHANNON R MOORE
          OTHER FILING - OTHER DOCUMENT FILED ON 07/13/2021
          NOTICE: COMPLETED SUMMONS SERVICE WITH ATTACHED RETURNS OF SERVICE FROM ALLSTATE
          CONSTABLES INC FOR JOHN DOONAN ESQ AND FOR RENEAU J LONGORIA.

07/14/2021 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 07/14/2021
          JOHN H ONEIL JR, JUSTICE

08/06/2021 Party(s):  SHANNON R MOORE
          OTHER FILING - OTHER DOCUMENT FILED ON 08/02/2021
          PLAINTIFF'S CORRESPONDENCE TO CHIEF JUSTICE ROBERT MULLEN;  EXHIBIT A;  ORDER FOR TRIAL BY
          JURY SCHEDULING;  ORDER FOR SUBPOENA DUCES TECUM;  SUBPOENA DUCES TEUM;  PROOF OF SERVICE.

08/10/2021 OTHER FILING - OTHER DOCUMENT FILED ON 08/09/2021
          COPY OF RETURN OF SERVICE (ALL STATE CONSTABLES, INC.) WITH ATTACHMENTS.

### Receipts

| | | | |
|---|---|---|---|
| 07/12/2021 | Misc Fee Payments | $25.00 | paid. |
| 07/12/2021 | Misc Fee Payments | $150.00 | paid. |
| 07/12/2021 | Misc Fee Payments | $300.00 | paid. |

A TRUE COPY  *Caitlin M Killen*
ATTEST: _____
                  Clerk

Printed on: 08/11/2021

# ALL STATE CONSTABLES, INC.

P.O. Box 339
Weymouth, MA  02188
(781) 344-0411 (Telephone)
(781) 344-5400 (Fax)
Adam@allstateconstables.com (Email)
www.allstateconstables.com (Web)

Shannon Moore, et al v. Reneau J. Longoria, et al
Claimant No: RF 479 918 022 US at PORSC-CV-2021-00279

## RETURN OF SERVICE

I did this date, August 4, 2021 at 2:16 p.m.; serve a true attested copy of the following:

- Proof of Service;
- Communication to Robert E. Mullen, a Man a/k/a Hon. Robert E. Mullen, Chief Justice;
- Exhibit A;
- Order for trial by jury scheduling;
- Order for Subpoena Duces Tecum; and
- Subpoena Duces Tecum

By delivering In-Hand to:    John Doonan, Esq., Person in Charge Authorized to Accept on Behalf of John/Jane Doe; an unidentified person, owner, and or creator and or principal of U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust c/o Doonan, Graves & Longoria, LLC

Service was made at:    100 Cummings Center, Suite 303C
Beverly, MA 01915

Signed under the pains and penalties of perjury this 5th day of August, 2021

Mark Ianuzzi,
Constable and Disinterested Person

Cumberland County
State of ME

i: Man; Stephen say under poins and penalty of Perjury this 9th day of Agust 2021, this Document and the attached© are true Copies of the gueavures and i hold the originals.   Date: 8/9/2021

all rights reserve

RUTH A. MORALES
Notary Public, Maine
My Commission Expires March 26, 2025

Stephen Morrison

REC'D CUMB CLERKS OF
AUG 9 '21 PM4:00

# *ALL STATE CONSTABLES, INC.*

P.O. Box 339
Weymouth, MA  02188
(781) 344-0411 (Telephone)
(781) 344-5400 (Fax)
Adam@allstateconstables.com (Email)
www.allstateconstables.com (Web)

Shannon Moore, et al v. Reneau J. Longoria, et al
Claimant No: RF 479 918 022 US at PORSC-CV-2021-00279

## RETURN OF SERVICE

I did this date, August 4, 2021 at 2:16 p.m.; serve a true attested copy of the following:

- Proof of Service;
- Communication to Robert E. Mullen, a Man a/k/a Hon. Robert E. Mullen, Chief Justice;
- Exhibit A;
- Order for trial by jury scheduling;
- Order for Subpoena Duces Tecum; and
- Subpoena Duces Tecum

By delivering In-Hand to:    John Doonan, Esq., Person in Charge Authorized to Accept on Behalf of Reneau J. Longoria, woman, sometimes Purported Agent for the Purported Principal Wrongdoer John/Jane Doe; and unidentified Man/(wo)man

Service was made at:    100 Cummings Center, Suite 303C
Beverly, MA 01915

Signed under the pains and penalties of perjury this 5th day of August, 2021

Mark Januzzi,
Constable and Disinterested Person

## PROOF OF SERVICE

From: Shannon Moore of *Moore Court:* Claimant No. RF 479 918 022 US at PORSC-
 CV-2021- 00279
 c/o 14 Eastfield Rd
 Cape Elizabeth, Maine [near 04017]

It is hereby certified, that on the date noted below, the undersigned delivered to:

Reneau J. Longoria, woman, sometimes Purported Agent for the Purported Principal
Wrongdoer John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN
UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of U.S.
**BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** c/o
Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly,
Massachusetts 01915

Steve Thomes, 85 Oakhurst Rd., Cape Elizabeth, ME 04107

Hon. Robert E. Mullen; Man as Venue Manager and Caitlin Kellner; Woman as Court
Mgr. Operations at
*Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279 at
Cumberland County Courthouse, a/k/a Peoples Public Courthouse Venue
205 Newbury St, Portland, ME 04101

*Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279
At 2:19-cv-00157-JAW
At DUNS Corporation 1ST CIRCUIT COURT
156 Federal St, Portland, Maine [04101]

Date: 8/2/21

By: *Shannon Moore*
 Shannon Moore

1. Proof of Service
2. Communication to Robert E. Mullen, [a] Man, a/k/a Hon. Robert E. Mullen, Chief Justice
3. Exhibit A
4. Order for trial by jury scheduling
5. Order for Subpoena Duces Tecum
6. Subpoena Duces Tecum

Robert E. Mullen [a] Man a/k/a Hon. Robert E. Mullen
Superior Court at Peoples Public Venue: Cumberland County Courthouse
205 Newbury Street
Portland, Maine 04101

Re: Notice (2-3): *Moore Court* common law/lore cases ready for ***trial by jury*** (7th
amendment) scheduling

Greetings Robert:

"i": [Wo]Man; Shannon; write to you; Robert E. Mullen the Man who sometimes acts as
corporate employee in the position as Hon. Chief Justice of Maine Superior Court.

"i": [wo]man; present myself to you as friend of the court to give notice and aid and assist in the
trial by jury scheduling of the following public venue contracted "lawful" actions (not "legal"
actions):

*Moore Court*: Claimant No. RF 479 918 022 US at PORSC-CV-2021-00279
(Justice John O'Neil name is at this case file)

- My above lawful action is tort "Claim", not complaint, "wrong of trespass by way of
  forgery that interferes with right to property".
- "i": [wo]man; am not acting as an accommodating party to a legal or commercial entity;
  "i": [wo]man; am lawfully present as myself, i am not re-presented [i am like manner sui
  juris and not like manner pro se]
- My action is with summons service
- My action requires 2 venue assignments; it is the wish of i: [wo]man, that you Robert, as
  Chief Manager of People's Public Venue Cumberland County Courthouse, now arrange
  assignment of a 1rst witness "Presider" [Magistrate], see **Exhibit A** and 2nd witness
  "Clerk".
- Please find my signed order for witnesses in case file CV-21-279 at Superior Court.
- Please find my signed order attached for the scheduling of trial by jury.

Robert, i hope you are having a nice summer.

Kind regards,

Date: 7/30/21

Shannon Moore

:cc     Caitlin Kellner and see other names on proof of service

# Exhibit A

Summary definitions to aid and assist the court in the
context of a court of record common law action

**Claim (n):** (1) a demand for something as due; an assertion of a right or an alleged right (2) a basis for demanding something; a title or right; open to challenge

**Claim (v):** (1) to assert and demand the recognition of (a right, title, possession, etc.); assert one's right to, (2) to state to be true, especially when open to question; assert or maintain

**Property:** All that I claim is mine and exclusive of all others

**Presider:** Moderator, another name for a court of record Magistrate

**Magistrate:** Quoting Geoffrey C. Hazard Jr. University of Pennsylvania Carey Law School: a "simplistic conception of the common law ...[Magistrate]... is that of a passive moderator between presentations organized and directed by rival advocates".

**Unlawful act:** doing wrong, harm or not giving what is rightfully due, to another.

**\*Proper contract:** one where all parties knowingly, willingly, intentionally with full disclosure and no threat, duress or coercion enter into expressed agreement.

**Illegal act:** an act that violates a *proper contract or agreement. A statute or code or the like is a contract if *proper. A man/woman who does not contract to statues, or the like, is not subject to violations of said Statue; is not liable.

**Common law/lore is the law of the land.** Nonvoter people who do not consent to be governed by representative or contract, are not liable for purported "illegal acts" related to purported violations of legal fiction-based Statutes, Codes and or the like.

**Common law/lore supersedes legal fiction.** Example: a self-governing man who has done no wrong is not subject to liability for violation of a legislative Statue or the like legal fictions.

**Person:** a man/woman contractually acting as an accommodating party, as surety, to a legal or commercial entity (corporation, trust, etc.).

**Legal fiction:** something assumed in law to be fact irrespective of the truth or accuracy of that assumption.

**Color of law:** refers to an act done under the appearance of legal authorization, when in fact, no such right existed. It applies when a person is acting under real or apparent government authority.

---

**Maine Title 16 §402:** Every court of this State shall take judicial notice of the common law and statutes of every state, territory and other jurisdiction of the United States.

---

13/10

# Exhibit A (continued)

Summary definitions to aid and assist the court in the
context of a court of record common law action

**Black's Law Dictionary, 4th Ed., 425, 426**
**COMMON LAW ACTIONS** are such as will lie, on the particular facts, at common law,
without the aid of a statute. - Black's Law Dictionary 5th Edition

## COURT OF RECORD

A "court of record" is a judicial tribunal having attributes and exercising functions
**independently of the person of the magistrate designated generally to hold it, and**
**proceeding according to the course of common law**, its acts and proceedings being enrolled
for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte
Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155
N.E. 688, 689.

1820 CONSTITUTION OF MAINE Article 1 at Section 20 Trial by Jury
**Trial by jury:** "In all civil suits and in all controversies concerning property, the parties shall
have right to a trial by jury, except in cases where it has heretofore been otherwise practiced: the
party claiming the right may be heard by himself and his counsel, or either, at his election."

Cornell Law:
**Seventh Amendment precedents** "require [d] **trial by jury** in actions unheard of at common
law, provided that the action involves rights and remedies of the sort traditionally enforced in an
action at law, rather than in an action at equity or admiralty."…The primary purpose of the
Amendment is to preserve "the common law distinction between the province of the court and
that of the jury, whereby, in the absence of express or implied consent to the contrary, issues of
law are resolved by the court and issues of fact are to be determined by the jury under
appropriate instructions by the court. …When a state court is enforcing a federally created right,
of which the right to trial by jury is a substantial part, the state may not eliminate trial by jury as
to one or more elements"

## CONCLUSION

- Courts of Record must proceed according to the course of the common law, without the aid of a statute.
- Courts which proceed according to statutory jurisdiction are inferior courts, and may be sued directly, without appealing.
- Courts designated as courts of record may act as statutory courts if all parties agree.
- The type of relief demanded by the Claimant determines if the court will operate as a court of record or not, on a case-by-case basis.
- The "judge" has no discretion in a court of record, and can only do ministerial functions, such as signing Claimant/Prosecutor orders.
- No judgment of a court of record can be appealed.  There is no higher court.
- There is no such thing as a "common law court."  All courts of record can hear actions at (common) law.

"I": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_[Coram Ipso Rege Claimant] : Prosecutor

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);          **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

*Moore Court:* Claimant No. RF 479 918 022 US
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland

---

PORSC-CV-2021- 00279

**(verified)**

Order: Trial by Jury Scheduling

'action is *claim* by man,

not *complaint*

'Plaintiff'/'Defendant' do not apply

---

Order: Trial by Jury Scheduling

The order on Prosecutor's Trial by Jury scheduling is granted. Cumberland County Courthouse,
Venue Management will now complete 1st and 2nd Venue Witness appointments and schedule the
trial by jury at earliest schedule.

*Shannon Moore*
Shannon Moore

7/30/21
Date

By:_____
Presider (1rst Witness)
Superior Court

By:_____
Clerk (2nd Witness)
Superior Court

PS/p

"I": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
[Coram Ipsa Rege Claimant] : Prosecutor

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);              Wrongdoers;

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland |

*Moore Court*: Claimant No. RF 479 918
022 US at PORSC-CV-2021- 00279

(verified)

Order for Subpoena Duces Tecum

'action is *claim* by man,

not *complaint*

'Plaintiff'/'Defendant' do not apply

---

Order for Subpoena Duces Tecum

The Prosecutor's Order for Subpoena Duces Tecum process is granted. Cumberland County Courthouse Venue Management will now act as 1st and 2nd Venue Witness for said demand for documents.

_Shannon Moore_
Shannon Moore

Date

By:_____
Presider (1rst Witness)
Superior Court

By:_____
Clerk (2nd Witness)
Superior Court

P6/10

## SUBPOENA DUCES TECUM
### FOR THE PRODCUTION OF DOCUMENTS

To:

Reneau J. Longoria, woman, sometimes Purported Agent for the Purported Principal Wrongdoer John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST c/o Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly, Massachusetts 01915

Subpoena No. *Moore Court* 8/2/21-1
*Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279

You are hereby required to produce the following documents noted herein make these documents available at 205 Newbury St., Portland, Maine for inspection and copying at Superior Court clerk window, ground floor. Such production shall occur by appointment with "i"; man; Stephen; on or before the August 24, 2021.

# Document list:

RE: Purported debt related to purported "2:19-cv-00157-JAW" with purported association to U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

1. The certified forensic accounting of all the legal documents that created every legal or commercial entity involved with purported debt at "2:19-cv-00157-JAW".

2. The certified forensic accounting of the purported debt related to purported "2:19-cv-00157-JAW".

3. The certified forensic accounting of the contracts between all legal or commercial entities involved in this purported debt at purported "2:19-cv-00157-JAW" and the DUNS Corporation 1ST CIRCUIT COURT at purported action "2:19-cv-00157-JAW".

4. The certified forensic accounting of the principals of all of the legal or commercial entities involved in this purported debt at purported action "2:19-cv-00157-JAW".

5. The genuine mortgage note with the endorsement made by the maker and the genuine mortgage with the endorsement made by the maker for purported debt at purported action "2:19-cv-00157-JAW".

6. The sworn true bill of accrued debt related to the purported debt at purported action "2:19-cv-00157-JAW".

The production of documents in response to this subpoena must be made under sworn

certification, by man/woman, having personal firsthand knowledge of the facts and circumstances concerning such production.

Written inquiries concerning the compliance with this subpoena should be directed to:

Shannon Moore
Prosecutor, *Moore Court:* **Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279**
c/o Seve Teo, 3rd party affidavit witness
14 Eastfield Rd
Cape Elizabeth, Maine [near 04107]

Date:   8/2/21

Shannon Moore

MAINE JUDICIAL BRANCH

"x" the court for filing:
☐ Superior Court ☐ District Court
County: _____
Location (Town): _____
Docket No.: _____

WITNESS SUBPOENA FOR: ☐ TRIAL ☐ HEARING ☐ DEPOSITION ☐ INSPECTION
M. R. Civ. P. 45

To: _____, of _____

In the matter: _____

☐ YOU ARE COMMANDED in the name of the State of Maine, to appear for the purpose of testifying at the the ☐ District
☐ Superior Court located at (Court name) _____
at (Court address) _____, Maine at (time) _____ ☐ am ☐ pm
on (mm/dd/yyyy) _____ and to remain until discharged for the purpose of testifying.

☐ YOU ARE COMMANDED in the name of the State of Maine to appear before _____
a _____ at the offices of _____
at _____, Maine at (time)
_____ ☐ am ☐ pm on (mm/dd/yyyy) _____ to testify and give evidence by deposition
pursuant to the Maine Rules of Civil Procedure, an application having been filed for this deposition in this court.

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following designated things or premises on
(mm/dd/yyyy) _____ at _____ ☐ am ☐ pm at _____

☐ YOU ARE COMMANDED to permit inspection and copying of the following designated things or premises:

_____
_____
_____

Time and place of inspection: _____

This subpoena is issued on behalf of _____, whose attorney is
_____. If you object to the subpoena, you must file a
timely motion in court to quash or modify it. If you object to the inspection or copying of any of the materials or
premises designated above, you must serve notice of that objection in writing upon the party or attorney
_____ before (mm/dd/yyyy) _____.

WARNING AND NOTICE: Failure to comply with this subpoena may subject you to arrest and being held in contempt of court.
Court Rules governing subpoenas are found at www.courts.maine.gov. See the reverse side of this subpoena for a statement of
your rights and duties pursuant to this subpoena as set out in Rules 45(c) and (d) of the Maine Rules of Civil Procedure.

Date (mm/dd/yyyy): _____ ▶ _____
☐ Clerk ☐ Attorney at Law

_____ ss:

On (mm/dd/yyyy) _____, I subpoenaed the above-named _____ by
delivering a copy of this Subpoena. (at the same time I tendered and paid to _____ the sum of $ _____
as fees for travel and one days attendance.)

Fees: Travel        $ _____        ▶
      Service       $ _____
      Copy          $ _____                    Signature
      Witness fee   $ _____                    Agency

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable
accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-035, Rev. 07/18                 Page 1 of 2                 www.courts.maine.gov
Witness Subpoena for
Trial/Hearing/Deposition/Inspection

P9/10

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

**Rule 45(c): Protection of Persons Subject to Subpoenas.**

1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court for which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings, a reasonable attorney's fee, and other reasonable expenses incurred in seeking the sanction.

2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents, or tangible things, or inspection of premises, need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing, or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena a written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of any justice or judge of the court for which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

3) (A) On timely motion, the court for which a subpoena was issued shall quash or modify the subpoena if it:
   i. fails to allow a reasonable time for compliance;
   ii. requires a resident of this state who is not a party or an officer of a party to travel to attend a deposition outside the county wherein that person resides or is employed or transacts business in person or a distance of more than 100 miles one way, whichever is greater, unless the court otherwise orders; requires a nonresident of the state who is not a party or an officer of a party to attend outside the county wherein that person is served with a subpoena, or farther than 100 miles from the place of service, unless some other convenient place is fixed by an order of court;
   iii. requires disclosure of privileged or other protected matter and no exception or waiver applies; or
   iv. subjects a person to undue burden.

   (B) If a subpoena (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles one way to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot otherwise be met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

## Rule 45(d) Duties in Responding to a Subpoena.

1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.



# PROOF OF SERVICE

From:  Shannon Moore of *Moore Court:* Claimant No. RF 479 918 022 US at PORSC-
CV-2021- 00279  *← FILE INTS*
c/o 14 Eastfield Rd
Cape Elizabeth, Maine [near 04017]

It is hereby certified, that on the date noted below, the undersigned delivered to:

Reneau J. Longoria, woman, sometimes Purported Agent for the Purported Principal
Wrongdoer John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN
UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of **U.S.
BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** c/o
Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly,
Massachusetts 01915

Steve Thomes. 85 Oakhurst Rd., Cape Elizabeth, ME 04107

Hon. Robert E. Mullen: Man as Venue Manager and Caitlin Kellner: Woman as Court
Mgr. Operations at
*Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279 at
Cumberland County Courthouse, a/k/a Peoples Public Courthouse Venue
205 Newbury St, Portland, ME 04101

*Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279
At 2:19-cv-00157-JAW
At DUNS Corporation 1ST CIRCUIT COURT
156 Federal St, Portland, Maine [04101]

Date: 8/2/21

By: *Shannon Moore*
Shannon Moore

1. Proof of Service
2. Communication to Robert E. Mullen, [a] Man, a/k/a Hon. Robert E. Mullen, Chief Justice
3. Exhibit A
4. Order for trial by jury scheduling
5. Order for Subpoena Duces Tecum
6. Subpoena Duces Teum

REC'D CLKS CLERKS O
AUG 2 '21 PM 3:35

Robert E. Mullen [a] Man a/k/a Hon. Robert E. Mullen
Superior Court at Peoples Public Venue: Cumberland County Courthouse
205 Newbury Street
Portland, Maine 04101

         Re: Notice (2-3): *Moore Court* common law/lore cases ready for **trial by jury** (7th amendment) scheduling

Greetings Robert:

"i": [Wo]Man; Shannon; write to you; Robert E. Mullen; the Man who sometimes acts as corporate employee in the position as Hon. Chief Justice of Maine Superior Court.

"i": [wo]man; present myself to you as friend of the court to give notice and aid and assist in the trial by jury scheduling of the following public venue contracted "lawful" actions (not "legal" actions):

    *Moore Court*: Claimant No. RF 479 918 022 US at PORSC-CV-2021-00279
        (Justice John O'Neil name is at this case file)

- My above lawful action is tort "Claim", not complaint, "wrong of trespass by way of forgery that interferes with right to property".

- "i": [wo]man; am not acting as an accommodating party to a legal or commercial entity; "i": [wo]man; am lawfully present as myself, i am not re-presented [i am like manner sui juris and not like manner pro se]

- My action is with summons service

- My action requires 2 venue assignments; it is the wish of i: [wo]man, that you Robert, as Chief Manager of People's Public Venue Cumberland County Courthouse, now arrange assignment of a 1rst witness "Presider" [Magistrate], see **Exhibit A** and 2nd witness "Clerk".

- Please find my signed order for witnesses in case file CV-21-279 at Superior Court.

- Please find my signed order attached for the scheduling of trial by jury.

Robert, i hope you are having a nice summer.

               Kind regards,

Date: 7/30/21

               Shannon Moore

.cc    Caitlin Kellner and see other names on proof of service

8/12

# Exhibit A
### Summary definitions to aid and assist the court in the context of a court of record common law action

**Claim** (n): (1) a demand for something as due; an assertion of a right or an alleged right (2) a basis for demanding something; a title or right; open to challenge

**Claim** (v): (1) to assert and demand the recognition of (a right, title, possession, etc.); assert one's right to, (2) to state to be true, especially when open to question; assert or maintain

**Property**: All that i claim is mine and exclusive of all others

**Presider**: Moderator, another name for a court of record Magistrate

**Magistrate**: Quoting Geoffrey C. Hazard Jr. University of Pennsylvania Carey Law School:   a "simplistic conception of the **common law** ...[Magistrate]... is that of a **passive moderator** between presentations organized and directed by rival advocates".

**Unlawful act**: doing wrong, harm or not giving what is rightfully due, to another.

**\*Proper contract:** one where all parties knowingly, willingly, intentionally with full disclosure and no threat, duress or coercion enter into expressed agreement.

**Illegal act**: an act that violates a \*proper contract or agreement. A statute or code or the like is a contract if \*proper. A man/woman who does not contract to statues, or the like, is not subject to violations of said Statue; is not liable.

**Common law/lore is the law of the land**. Nonvoter people who do not consent to be governed by representative or contract, are not liable for purported "illegal acts" related to purported violations of legal fiction-based Statutes, Codes and or the like.

**Common law/lore supersedes legal fiction**. Example: a self-governing man who has done no wrong is not subject to liability for violation of a legislative Statue or the like legal fictions.

**Person**: a man/woman contractually acting as an accommodating party, as surety, to a legal or commercial entity (corporation, trust, etc.).

**Legal fiction**: something assumed in law to be fact irrespective of the truth or accuracy of that assumption.

**Color of law**: refers to an act done under the appearance of legal authorization, when in fact, no such right existed. It applies when a person is acting under real or apparent government authority.

> **Maine Title 16 § 402:**  Every court of this State shall take judicial notice of the common law and statutes of every state, territory and other jurisdiction of the United States.

P3/ic

# Exhibit A (continued)

Summary definitions to aid and assist the court in the
context of a court of record common law action

**Black's Law Dictionary, 4th Ed., 425, 426**
**COMMON LAW ACTIONS** are such as will lie, on the particular facts, at common law,
without the aid of a statute.  - Black's Law Dictionary 5th Edition

## COURT OF RECORD

A "court of record" is a judicial tribunal having attributes and exercising functions
**independently of the person of the magistrate designated generally to hold it, and**
**proceeding according to the course of common law**, its acts and proceedings being enrolled
for a perpetual memorial.  Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte
Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155
N.E. 688, 689.

1820 CONSTITUTION OF MAINE Article 1 at Section 20 Trial by Jury
**Trial by jury: "**In all civil suits and in all controversies concerning property, the parties shall
have right to a trial by jury, except in cases where it has heretofore been otherwise practiced: the
party claiming the right may be heard by himself and his counsel, or either, at his election."

Cornell Law:
**Seventh Amendment precedents** "require [d] **trial by jury** in actions unheard of at common
law, provided that the action involves rights and remedies of the sort traditionally enforced in an
action at law, rather than in an action at equity or admiralty."…The primary purpose of the
Amendment is to preserve "the common law distinction between the province of the court and
that of the jury, whereby, in the absence of express or implied consent to the contrary, issues of
law are resolved by the court and issues of fact are to be determined by the jury under
appropriate instructions by the court. …When a state court is enforcing a federally created right,
of which the right to trial by jury is a substantial part, the state may not eliminate trial by jury as
to one or more elements"

## CONCLUSION

- Courts of Record must proceed according to the course of the common law, without the
  aid of a statute.
- Courts which proceed according to statutory jurisdiction are inferior courts, and may be
  sued directly, without appealing.
- Courts designated as courts of record may act as statutory courts if all parties agree.
- The type of relief demanded by the Claimant determines if the court will operate as a
  court of record or not, on a case-by-case basis.
- The "judge" has no discretion in a court of record, and can only do ministerial functions,
  such as signing Claimant/Prosecutor orders.
- No judgment of a court of record can be appealed.  There is no higher court.
- There is no such thing as a "common law court."  All courts of record can hear actions at
  (common) law.

"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;           )
_[Coram Ipso Rege Claimant] : **Prosecutor**      )
                                                                          )
John/Jane Doe; an unidentified Man/[wo]man and;  )
JOHN/JANE DOE; AN UNIDENTIFIED                     )
PERSON; OWNER and or CREATOR and or               )
PRINCIPAL of **U.S. BANK N. A., AS**               )
**TRUSTEE FOR LSF9 MASTER**                        )
**PARTICIPATION TRUST**; and; Reneau J.            )
Longoria; [a] [wo]man; RENEAU J. LONGORIA;        )
A PERSON; PURPORTED AGENT FOR                      )
JOHN/JANE DOE;                                     )
                                                                          )
Each Unnamed Wrongdoer (1-99); and; EACH          )
UNNAMED WRONGDOER; PERSON AS                       )
PURPORTED AGENT FOR JOHN/JANE DOE                 )
(1-99);                            **Wrongdoers;**  )

| *Moore Court*: Claimant No. RF 479 918 022 US in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland |
|---|

PORSC-CV-2021- 00279

**(verified)**

Order: Trial by Jury Scheduling

'action is *claim* by man,

not *complaint*

'Plaintiff'/'Defendant' do not apply

---

Order: Trial by Jury Scheduling

The order on Prosecutor's Trial by Jury scheduling is granted. Cumberland County Courthouse Venue Management will now complete 1st and 2nd Venue Witness appointments and schedule the trial by jury at earliest schedule.

*Shannon Moore*            Seal
Shannon Moore

7/30/21
Date

By:_____
Presider (1rst Witness)
Superior Court

By:_____
Clerk (2nd Witness)
Superior Court

P5/10

"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_[𝕮𝖔𝖗𝖆𝖒 𝕴𝖕𝖘𝖔 𝕽𝖊𝖌𝖊 Claimant] : Prosecutor

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);        **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

> *Moore Court*: Claimant No. RF 479 918 022 US
> in 'Maine Court' at public venue called 205
> Newbury Street, Courthouse, Portland , Maine
> a/k/a Cumberland County Courthouse, Portland

*Moore Court*: **Claimant No. RF 479 918
022 US at PORSC-CV-2021- 00279**

**(verified)**

Order for Subpoena Duces Tecum

'action is *claim* by man,

not *complaint*

'Plaintiff'/'Defendant' do not apply

---

Order for Subpoena Duces Tecum

The Prosecutor's Order for Subpoena Duces Tecum process is granted. Cumberland County
Courthouse Venue Management will now act as 1st and 2nd Venue Witness for said demand for
documents.

*Shannon: Moore*
Shannon Moore

_____
Date

By:_____
Presider (1rst Witness)
Superior Court

By:_____
Clerk (2nd Witness)
Superior Court

*P6/10*

SUBPOENA DUCES TECUM
FOR THE PRODCUTION OF DOCUMENTS

To:

Reneau J. Longoria, woman, sometimes Purported Agent for the Purported Principal
Wrongdoer John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN
UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of **U.S.
BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** c/o
Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly,
Massachusetts 01915

**Subpoena No.  *Moore Court* 8/2/21-1**
***Moore Court:* Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279**

You are hereby required to produce the following documents noted herein make these
documents available at 205 Newbury St., Portland, Maine for inspection and copying at
Superior Court clerk window, ground floor. Such production shall occur by appointment with
"i": man; Stephen; on or before the August 24, 2021.

# Document list:

RE: Purported debt related to purported "2:19-cv-00157-JAW" with purported association to
**U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**

1. The certified forensic accounting of all the legal documents that created every legal or
   commercial entity involved with purported debt at "2:19-cv-00157-JAW".

2. The certified forensic accounting of the purported debt related to purported "2:19-cv-00157-
   JAW".

3. The certified forensic accounting of the contracts between all legal or commercial entities
   involved in this purported debt at purported "2:19-cv-00157-JAW" and the DUNS
   Corporation 1ST CIRCUIT COURT at purported action "2:19-cv-00157-JAW".

4. The certified forensic accounting of the principals of all of the legal or commercial entities
   involved in this purported debt at purported action "2:19-cv-00157-JAW".

5. **The** genuine mortgage note with **the** endorsement made by **the** maker and **the** genuine
   mortgage with **the** endorsement made by **the** maker for purported debt at purported action
   "2:19-cv-00157-JAW".

6. The sworn true bill of accrued debt related to the purported debt at purported action "2:19-
   cv-00157-JAW".

The production of documents in response to this subpoena must be made under sworn

certification, by man/woman, having personal firsthand knowledge of the facts and circumstances concerning such production.

Written inquiries concerning the compliance with this subpoena should be directed to:

Shannon: Moore
Prosecutor, *Moore Court:* **Claimant No. RF 479 918 022 US at PORSC-CV-2021- 00279**
c/o Seve Teo, 3rd party affidavit witness
14 Eastfield Rd
Cape Elizabeth, Maine [near 04107]

Date:  8/2/21

Shannon Moore

"X" the court for filing:

☐ Superior Court ☐ District Court

County: _____

Location (Town): _____

Docket No.: _____

WITNESS SUBPOENA FOR: ☐ TRIAL ☐ HEARING ☐ DEPOSITION ☐ INSPECTION
M. R. Civ. P. 45

To: _____, of _____

In the matter: _____

☐   YOU ARE COMMANDED in the name of the State of Maine, to appear for the purpose of testifying at the the ☐ District ☐ Superior Court located at (Court name)_____
at (Court address)_____, Maine at (time) _____ ☐ am ☐ pm
on (mm/dd/yyyy) _____ and to remain until discharged for the purpose of testifying.

☐   YOU ARE COMMANDED in the name of the State of Maine to appear before _____
a _____, at the offices of _____
at _____, _____, Maine at (time)
_____ ☐ am ☐ pm on (mm/dd/yyyy) _____ to testify and give evidence by deposition
pursuant to the Maine Rules of Civil Procedure, an application having been filed for this deposition in this court.

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following designated things or premises on
(mm/dd/yyyy) _____ at _____ ☐ am ☐ pm at _____

☐   YOU ARE COMMANDED to permit inspection and copying of the following designated things or premises:

_____

_____

_____

Time and place of inspection: _____

This subpoena is issued on behalf of _____ whose attorney i
_____. If you object to the subpoena, you must file a
timely motion in court to quash or modify it. If you object to the inspection or copying of any of the materials or
premises designated above, you must serve notice of that objection in writing upon the party or attorney,
_____ before (mm/dd/yyyy) _____.

> WARNING AND NOTICE: Failure to comply with this subpoena may subject you to arrest and being held in contempt of court.
> Court Rules governing subpoenas are found at www.courts.maine.gov. See the reverse side of this subpoena for a statement of
> your rights and duties pursuant to this subpoena as set out in Rules 45(c) and (d) of the Maine Rules of Civil Procedure.

Date (mm/dd/yyyy): _____   ►   _____
                                              ☐ Clerk ☐ Attorney at Law

_____, ss

On (mm/dd/yyyy) _____, I subpoenaed the above-named _____ by
delivering a copy of this Subpoena. (at the same time I tendered and paid to _____ the sum of $_____
as fees for travel and one days attendance.)

Fees:   Travel        $ _____        ►   _____
        Service       $ _____                    Signature
        Copy          $ _____        _____
        Witness fee   $ _____                    Agency

> ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable
> accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Pg/10

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

### Rule 45(c): Protection of Persons Subject to Subpoenas.

1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court for which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings, a reasonable attorney's fee, and other reasonable expenses incurred in seeking the sanction.

2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents, or tangible things, or inspection of premises, need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing, or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena a written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of any justice or judge of the court for which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

3) (A) On timely motion, the court for which a subpoena was issued shall quash or modify the subpoena if it:

   i. fails to allow a reasonable time for compliance;
   ii. requires a resident of this state who is not a party or an officer of a party to travel to attend a deposition outside the county wherein that person resides or is employed or transacts business in person or a distance of more than 100 miles one way, whichever is greater, unless the court otherwise orders; requires a nonresident of the state who is not a party or an officer of a party to attend outside the county wherein that person is served with a subpoena, or farther than 100 miles from the place of service, unless some other convenient place is fixed by an order of court;
   iii. requires disclosure of privileged or other protected matter and no exception or waiver applies; or
   iv. subjects a person to undue burden.

   (B) If a subpoena (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles one way to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot otherwise be met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

### Rule 45(d) Duties in Responding to a Subpoena.

1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.



*PORSC-CV-2021-00?*

**Proof of Service**
*Moore Court*: Claimant No. RF 479 918 022 US
in 'Maine Court' at PORSC-CV-2021- *00279*

From:     Moore: Shannon-R.
          **c/o Stephen Monaghan as affidavit witness,**
          **14 Eastfield Rd., Cape Elizabeth, Maine [04107]**
It is hereby certified, that on the date noted below, the undersigned mailed to:

To:   **Wrongdoer (1):** John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN
      UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of] **U.S. BANK N.
      A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST;** c/o Reneau J.
      Longoria, woman, Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite
      225D, Beverly, Massachusetts [01915]
      **Wrongdoer (2):** Reneau J. Longoria; [a] [wo]man; RENEAU J. LONGORIA;  A PERSON;
      PURPORTED AGENT FOR Wrongdoer (1): John/Jane Doe; an unidentified Man/[wo]man and;
      JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or
      PRINCIPAL of] **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION
      TRUST,** c/o work/firm address: Doonan, Graves & Longoria, LLC, 100 Cummings Center,
      Suite 225D, Beverly, Massachusetts [01915]

      *Moore Court*: Claimant No. RF 479 918 022 US at PORSC-CV-2021- *00279*
      at Superior Court, 205 Newbury Street, Portland, Maine 04101

      *Moore Court* Claimant No. RA 479 918 022 US at U.S. District Court, District of Maine
      a/k/a "1ST CIRCUIT COURT" at Edward T. Gignoux U.S. Courthouse
      at 156 Federal Street, Portland, ME 04101

~~0.  letter to Reneau Longoria - 7-13-2021~~
1.  completed summons service
2.  **Exhibit A** – Served Summons and Claim (not complaint, no Plaintiff/No Defendant)
3.  **Exhibit B** – proof of service
4.  Notice: *Moore Court* Registered                *Summon Service attached*
5.  Notice: Chief Prosecutor
6.  notice: jurisdiction
7.  notice: venue
8.  notice: right to pursue claim
9.  notice: legal idiot
10. Notice: Property
11. Notice: Interference
12. Notice: Signatures
13. Notice: Verifications
14. Notice: Sealed Case File
15. notice: 'record' is spoken
16. Notice/Order: Presider (Magistrate)
17. Order for Presider (Magistrate)
18. notice: bond

Date: *7-12-2021*

      *7-13-2021*

By: _____
    Shannon Moore, all rights reserved

REC'D CUMB CLERKS O[F]
JUL 13 '21 PM 3:06

*P 1/3*

# *ALL STATE CONSTABLES, INC.*

**P.O. Box 339**
**Weymouth, MA  02188**
**(781) 344-0411 (Telephone)**
**(781) 344-5400 (Fax)**
**Adam@allstateconstables.com (Email)**
**www.allstateconstables.com (Web)**

Docket No: PORSC-CV-2021-00217

## RETURN OF SERVICE

I did this date, July 7, 2021 at 1:03 p.m.; serve a true attested copy of the following:

- Proof of Service;
- Summons Service of "Claim";
- Claim Summary Sheet;
- Claim wrong o trespass, forgery;
- Exhibit 1;
- ME Superior Court – Order to Restore Property; and
- Exhibit 2 – Terms of Contract with Courthouse Venue

By delivering In-Hand to:    John Doonan, Esq., Person in Charge and Authorized to Accept on Behalf of John/Jane Doe; an unidentified man/woman and; John/Jane Doe; an unidentified Person; owner and or Creator and or Principal of U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust

Service was made at:        100 Cummings Center, Suite 303C
                            Beverly, MA 01915

Signed under the pains and penalties of perjury this 8th day of July, 2021

Mark Ianuzzi,
Constable and Disinterested Person

## *ALL STATE CONSTABLES, INC.*

P.O. Box 339
Weymouth, MA  02188
(781) 344-0411 (Telephone)
(781) 344-5400 (Fax)
Adam@allstateconstables.com (Email)
www.allstateconstables.com (Web)

**Docket No: PORSC-CV-2021-00217**

## RETURN OF SERVICE

I did this date, July 7, 2021 at 1:03 p.m.; serve a true attested copy of the following:

- Proof of Service;
- Summons Service of "Claim";
- Claim Summary Sheet;
- Claim wrong o trespass, forgery;
- Exhibit 1;
- ME Superior Court – Order to Restore Property; and
- Exhibit 2 – Terms of Contract with Courthouse Venue

By delivering In-Hand to:    John Doonan, Esq., Person in Charge and Authorized to Accept on Behalf of Reneau J. Longoria, a person; purported agent for John/Jane Doe

Service was made at:         100 Cummings Center, Suite 303C
                             Beverly, MA 01915

Signed under the pains and penalties of perjury this 8th day of July, 2021

Mark Ianuzzi,
Constable and Disinterested Person

*ATTN: Robert Emerson / Court Clerk*

*not capital letter there = man/woman*

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;

———        [Claimant]: Prosecutor

*(not Plaintiff)*

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);         Wrongdoers;

*(not defendants)*

*capital letter equals a commodity easy to a legal or commercial entity*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: *Moore Court* Registered
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

Notice: *Moore Court* Registered

*o— capital letter means a corporation or estate an trust friction*

The *Moore Court* presents notice:

**Firstly:**     "i": [wo]man; say with the mailing of this communication by way of United States Post Office Registered Mail # RF 479 918 022 US, the *Moore Court*: Claimant No. RF 479 918 022 US, my common law right, creation and property, is hereby 'registered' with the Cumberland County a/k/a People's Public Venue, Courthouse with address 205 Newbury Street, Portland, Maine.

| |
|---|
| **In like manner:  Maine Title 10 § 1532. Common law rights**<br><br>Nothing in this chapter shall adversely affect the rights or the enforcement of rights in marks acquired in good faith at common law at any time before or after the enactment of this chapter. |

**Secondly:**     i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Moore: Shannon R
Shannon Moore

Sea

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____        [Claimant]: Prosecutor

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);                 **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse , Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021- _ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Property
action is ***claim*** by man,
not ***complaint***
'Plaintiff'/'Defendant' do not apply

---

Notice: Property

The *Moore Court* delivers *notice*;

**Firstly:**      "i": [wo]man; declare: **[my] property** is all that i say is exclusive to i and
excludes all others: examples - hopes, dreams, possessions, rights etc..

**Secondly:**      "i": [wo]man; **say this case is [my] property,** i created it and i own it; i have
contract with this People's Public Courthouse Venue at 205 Newbury Street, Portland for an un-
interfered trial by jury, ***before*** a court of record and law where a man/[wo]man can be heard,
where the jury of my people peers are the sole trier of facts and law.

**Thirdly:**      "i": [wo]man; say i have the right, power and authority to create and administrate
[my] *Moore Court*: Claimant No. RF 479 918 022 US case at the People's Public Venue
Courthouse at 205 Newbury Street, Portland at Docket PORSC-CV-2021- _ _ _ _ _

**Fourthly:**      "i": [wo]man; say [my] case, [my] property, is not *in* Superior Court but ***before***
the Court **at** the Peoples Public Venue Courthouse at 205 Newbury Street, Portland, Maine.

**Fifthly:**      i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021                                         Shannon Moore

**Proof of Service**
*Moore Court*: Claimant No. RF 479 918 022 US
in 'Maine Court' at PORSC-CV-2021- _ _ _ _ _

From:        Moore: Shannon-R.
             **c/o Stephen Monaghan as affidavit witness,**
             **14 Eastfield Rd., Cape Elizabeth, Maine [04107]**
It is hereby certified, that on the date noted below, the undersigned mailed to:

To:   **Wrongdoer (1):** John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE; AN
      UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of] **U.S. BANK N.
      A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**; c/o Reneau J.
      Longoria, woman, Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite
      225D, Beverly, Massachusetts [01915]
      **Wrongdoer (2):** Reneau J. Longoria; [a] [wo]man; RENEAU J. LONGORIA; A PERSON;
      PURPORTED AGENT FOR Wrongdoer (1): John/Jane Doe; an unidentified Man/[wo]man and;
      JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or
      PRINCIPAL of] **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION
      TRUST**, c/o work/firm address: Doonan, Graves & Longoria, LLC, 100 Cummings Center,
      Suite 225D, Beverly, Massachusetts [01915]

      *Moore Court*: Claimant No. RF 479 918 022 US at PORSC-CV-2021- _ _ _ _ _
      at Superior Court, 205 Newbury Street, Portland, Maine 04101

      *Moore Court* Claimant No. RA 479 918 022 US at U.S. District Court, District of Maine
      a/k/a "1ST CIRCUIT COURT" at Edward T. Gignoux U.S. Courthouse
      at 156 Federal Street, Portland, ME 04101

1.  notice: completed summons service
2.  **Exhibit A** – Served Summons and Claim (not complaint, no Plaintiff/No Defendant)
3.  **Exhibit B** – proof of service
4.  Notice: *Moore Court* Registered
5.  Notice: Chief Prosecutor
6.  notice: jurisdiction
7.  notice: venue
8.  notice: right to pursue claim
9.  notice: legal idiot
10. Notice: Property
11. Notice: Interference
12. Notice: Signatures
13. Notice: Verifications
14. Notice: Sealed Case File
15. notice: 'record' is spoken
16. Notice/Order: Presider (Magistrate)
17. Order for Presider (Magistrate)
18. notice: bond

Date: _____

By: _____
    Shannon Moore, all rights reserved

REC'D CUMB CLERKS OFC
JUL 12 '21 PM3:48

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed; )
_____ **[Claimant] : Prosecutor** )
)
John/Jane Doe; an unidentified Man/[wo]man and; )
JOHN/JANE DOE; AN UNIDENTIFIED )
PERSON; OWNER and or CREATOR and or )
PRINCIPAL of **U.S. BANK N. A., AS** )
**TRUSTEE FOR LSF9 MASTER** )
**PARTICIPATION TRUST**; and; Reneau J. )
Longoria; [a] [wo]man; RENEAU J. LONGORIA; )
A PERSON; PURPORTED AGENT FOR )
JOHN/JANE DOE; )
)
Each Unnamed Wrongdoer (1-99); and; EACH )
UNNAMED WRONGDOER; PERSON AS )
PURPORTED AGENT FOR JOHN/JANE DOE )
(1-99); **Wrongdoers;** )
)

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
Claim : wrong of trespass, forgery
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

notice: completed summons service

The *Moore Court* presents notice:

**Firstly:**      "i": [wo]man; say the summons service of the *Moore Court*: Claimant No. RA

479 918 022 US Claim (not complaint), see attached **Exhibit A**, is complete with service as

**Exhibit B**.


**Secondly:**      i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Shannon Moore

*Seal*

Exhibit A

**Proof of Service**

*Moore Court*: Claimant No. RF 479 918 022 US
in 'Maine Court' at PORSC-CV-2021- _ _ _ _ _

From:       Moore: Shannon-R.
            **c/o Stephen Monaghan as affidavit witness,**
            **14 Eastfield Rd., Cape Elizabeth, Maine [04107]**

It is hereby certified, that on the date noted below, the undersigned mailed to:

To:    Wrongdoer (1): John/Jane Doe; an unidentified Man/[wo]man and; JOHN/JANE DOE;
       AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of]
       **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**;
       c/o Reneau J. Longoria, woman, Doonan, Graves & Longoria, LLC, 100
       Cummings Center, Suite 225D, Beverly, Massachusetts [01915]

       Wrongdoer (2): Reneau J. Longoria; [a] [wo]man; RENEAU J. LONGORIA;  A
       PERSON; PURPORTED AGENT FOR Wrongdoer (1): John/Jane Doe; an unidentified
       Man/[wo]man and; JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or
       CREATOR and or PRINCIPAL of] **U.S. BANK N. A., AS TRUSTEE FOR LSF9
       MASTER PARTICIPATION TRUST**, c/o work/firm address: Doonan, Graves &
       Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly, Massachusetts
       [01915]

       *Moore Court*: Claimant No. RF 479 918 022 US at PORSC-CV-2021- _ _ _ _ _
       at Superior Court
       205 Newbury Street, Portland, Maine 04101
       Hand carry

1.  Proof of service
2.  Summons Service of "Claim"
3.  Claim Summery Sheet – *Moore Court*: Claimant No. RF 479 918 022 US
4.  Claim: wrong of trespass, forgery
5.  Exhibit 1
6.  ME Superior Court - Order to restore property
7.  Exhibit 2 – Terms of contract with Courthouse Venue

Date: **7-2-2021**                    By: _Moore Shannon R_

                                      Shannon Moore, all rights reserved

*Moore Court*: Claimant No. RF 479 918 022 US  in 'Maine Court' at People's Public Venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, before Superior Court at Docket PORSC-CV-2021-_ _ _ _ _

"i": [Wo]man; Shannon; **[Claimant] ; Prosecutor** [not Plaintiff]

John/Jane Doe; an unidentified Man/[Wo]man and; JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**; and; Reneau J. Longoria; [a] [Wo]man; RENEAU J. LONGORIA; [A] PERSON; PURPORTED AGENT FOR JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH UNNAMED WRONGDOER; PERSON AS PURPORTED AGENT FOR JOHN/JANE DOE (1-99); **Wrongdoers**; [not Defendants]

# Summons Service
## [like manner M.R.Civ.P. 4(d)]

The [Claimant]: Prosecutor has begun a Claim against you at, not in, Superior Court, which holds sessions at (street address) 205 Newbury St, City of Portland, County of Cumberland, Maine. If you wish to oppose this Claim, you as man/woman and not as an accommodating party to a legal or commercial entity, must acknowledge receipt of this summons within 20 days and consent to appear before trial by jury in court of record under common law, date to be noticed once scheduled by Superior Court venue. You must serve your acknowledgement of receipt of summons by delivering a copy of it by hand or by mail to the man; Stephen Monaghan at 14 Eastfield Rd, Cape Elizabeth, Maine [near 04107] and by hand or mail to Superior Court 205 Newbury Street, Portland, ME 04101.

**Important Warning**: If you fail to acknowledge your receipt within the time stated above, or if, after you acknowledge receipt, you fail to make presence at any time the court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded by the Claim.  If this occurs, your employer may be ordered to pay part of your wages to the Claimant or your property, including banks accounts and you real estate may be taken to satisfy the judgment. If you intend to oppose this Claim, do not fail to acknowledge receipt within the requested time and be present at the to be scheduled date at Court.

   If you believe the Claimants' Claim is all or in part untrue or if you have a claim of your own against the Claimant/s, you should seek common lore help if needed. You may ask the clerk of court for information as to places where you may seek lawful assistance.

Date: ___7/2/21___        (Seal of Court)

"i": [Wo]man; Shannon; c/o 14 Eastfield Rd
Cape Elizabeth, ME [near 04107]

          *Moore : Shannon R*
           *Moore Court*

           "i": [Wo]man; Shannon Moore

               SEAL

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____      **[Claimant] : Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);          **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US
at: in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland

PORSC-CV-2021- _ _ _ _ _

**(verified)**

**claim**: wrong of trespass, forgery

Docket PORSC-CV-2021- _ _ _ _ _

action is *claim* by man,

not *complaint*

---

claim: wrong of trespass, forgery

- "i": [Wo]man; Shannon; say i am not an accommodating party to a legal or commercial entity and claim;
- the said wrongdoer(s) trespass upon ['my'] property [tort personal injury];
- Property: all that i claim is solely mine and exclusive of all others
- the causal agent of trespass comes by way of its use of a forged instrument; **Exhibit 1**
- the trespass is and does harm and injury to ['my'] property;
- the commencement of the wrong and harm began on 4/12/2019;
- the wrong and harm continues this day, 6/30/2021;
- order to cease and desist cause of action of wrong of trespass, forgery and restore property;
- Compensation due is $21 in lawful tender plus true bill of final related court costs;
- Wrongdoer man/woman is with summons to acknowledge receipt of Claim and make presence at court of record, as man/woman, under oath, before trial by jury, at common law

i, say here, and will verify in open court, that all herein be true

Date: 7/8/21

Shannon Moore

# Exhibit 1

### Forged Instrument: the Complaint

Attached are the components to Exhibit 1:

1. Page 1 and the last/signature page of forged complaint by [Wo]man; Reneau J. Longoria, purported Agent for purported [Plaintiff] Wrongdoer.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: |
| Plaintiff | COMPLAINT |
| vs. | |
| Shannon R. Moore a/k/a Shannon Slaughter | RE: 69 Veranda Street, Portland, ME 04103 |
| Defendant | |
| Steve Thomes | Mortgage: November 22, 2005 Book 23455, Page 67 |
| Party-In-Interest | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Shannon R. Moore a/k/a Shannon Slaughter, as follows:

### JURISDICTION AND VENUE

1.  This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.  Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank

REC'D CUMB CLERKS OF
JUL 12 '21 PM3:46

p)  Additionally, issue a money judgment against the Defendant, Shannon R. Moore a/k/a

Shannon Slaughter, as affected by Defendant's discharge in bankruptcy and, accordingly, this

action does not seek any personal liability on the part of the Defendant, but only seeks in

rem judgment against the property, and in favor of the Plaintiff, U.S. Bank Trust, N.A., as

Trustee for LSF9 Master Participation Trust, in the amount of Two Hundred Eighty-Three

Thousand Two Hundred Thirty-Three and 05/100 ($283,233.05) Dollars, the total debt

owed under the Note plus interest and costs including attorney's fees and costs;

q)  For such other and further relief as this Honorable Court deems just and equitable.

 

Respectfully Submitted,
U.S. Bank Trust, N.A., as Trustee for LSF9
Master Participation Trust,
By its attorneys,

Dated: April 12, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

# Exhibit 2

Terms of contract with courthouse venue:

1. "i": [Wo]man; Shannon am exercising equal contract terms as is provided in the communication attached labeled Exhibit 2.

2. i'm filing my claim by way of my mobile *Moore Court* Claimant No. (Registered Mail) RA 479 918 022 US, in this fashion, i claim conusance and bring my claim into other courts concurrently and save public expense.

3. My action is personal injury tort: wrong of trespass, forgery [defamation].

4. "i": [Wo]man; Shannon move this as [Wo]man and not as an accommodating party to a legal or commercial entity (not as [a] fiction); i am not [a] "person" subject to legal rules or statutes but instead [wo]man subject to lawful rules; i am not a Plaintiff; i am not pro se; there is no "Defendant", only Wrongdoer/s; i have no attorney so the Wrongdoer has no attorney; this action is not a complaint; i am not complaining; my action is [wo]man making tort claim as only man/[wo]man can make claim. My action is not "in" Superior court but "before" or "at" Superior Court at the People's Public Court Venue.

5. As i am not an accommodation party to [a] legal or commercial entity, i: [wo]man, wish and require making presence at [a] court of record, under common law, where i: [wo]man; can be recognized as [wo]man before the court. [like manner **ME Title 16 §402: Common law and statutes**: Every court of this State shall take judicial notice of the common law and statutes of every state, territory and other jurisdiction of the United States].

6. In a court of record under common law, the (magistrate) is independent of the tribunal: in short, the people making jury for the trial by jury are *the* trier of facts and law. i require this Venue assign 1st first witness, "Presider" (Magistrate) and 2nd witness, "Clerk" to witness and undersign my orders, as Prosecutor, upon jury approval.

7. These items, 1-7, are the contract terms of my transaction with this Court Venue: Venue acceptance of my payment is Venue acceptance of my terms.

Venue filing contract cost: $ 175    Venue trial by jury contract cost $ 300

Name of Venue Employee (clerk) at window taking my payment:

MAW: ___Robert   clerk___           Date: _7-12-2021_

Acknowledgement

Witnesses _____                  Moore : Shannon R

Shannon Moore, all rights reserved

Caitlin Kellner
205 Newbury St
Portland, ME 04101

Exhibit 2

Pg 1 of 2

Hello Caitlin,

Thank you for letting me know about the fee or waiver of fee requirement for my claim.

i am having a friend prepare the fee payment for me and he asked if i may have you complete and return the copy of this communication with the pre-paid envelope provided.

Here is my recapitulation; my request herein is not for advice but just the venue contract cost to move my action.

1. i'm filing a claim by way of my mobile *Monaghan Court* using my claimant no. (Registered Mail) RA 479 917 999 US, in this fashion, i may claim conusance and bring my claim into other courts concurrently and save public expense.

2. My action is a personal injury tort: wrong of trespass, forgery [defamation]

3. "i": man; Stephen; am moving this as a man and not as an accommodating party to a legal or commercial entity (not as a fiction); i am not a Plaintiff; i am not pro se; this action is not a complaint; i am not complaining; my action is a man making a tort claim as only a man can make a claim.

4. As i am not an accommodating party to a legal or commercial entity, i: man, wish and require to make presence at a court of record, under common law, where i: man; can make presence and be recognized as man before the court.

5. i wish to contract for a "trial by jury" at the Maine Superior Court, Portland.

Venue Filing cost: $ ___175.00___          Date ___5/25/21___

Venue trial by jury cost $ ___300.00___     Date ___5/25/21___

Thank you and best regards          Date ___5-25-2021___

"i"; man; Stephen

P 15/3?

P 20??

Return Copy

P 12/15

Cathi Kellner
Custer land Co. Coral ops.
205 Newbury St.
Portland, ME   C-4101

Stephen Mazgelen
14 Eastfield Rd
Cape Elizabeth, Maine
[04107]

0410732703

P16/38

P13/13

Exhibit B



**All State Constables, Inc.**

P.O. Box 339
Weymouth, MA 02188
(781) 344-0411
adam@allstateconstables.com
www.allstateconstables.com

## INVOICE

| BILL TO | | INVOICE | 97791 |
|---|---|---|---|
| Stephen Monaghan | | DATE | 07/09/2021 |
| 14 Eastfield Rd | | TERMS | Payable Upon Receipt |
| Cape Elizabeth, Maine  04107 | | | |

| DATE | ACTIVITY | DESCRIPTION OF SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Shannon R. Moore v. Reneau Longoria, et al | | | |
| 07/09/2021 | Service | Service of Summons to Reneau Longoria, Beverly, MA | 1 | 65.00 | 65.00 |
| 07/09/2021 | Service | Service of Summons to US Bank c/o Reneau Longoria, Beverly, MA | 1 | 35.00 | 35.00 |

PAY BY CREDIT CARD AT:
www.paypal.me/allstateconstables

BALANCE DUE **$100.00**

Thanks for your business!

Adam Loomis, President
All State Constables, Inc.

*Moore Court*: Claimant No. RF 479 918 022 US in 'Maine Court' at People's Public Venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, before Superior Court at Docket PORSC-CV-2021-_ _ _ _ _

County of _____, SS.

On _____ (date), "i", _____ (*Server's Printed Name*) , served the Claim (and Summons, and Notice _____) upon the (circle) (1) (i)
Wrongdoer: John/Jane Doe; an unidentified Man/[Wo]man and; JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** (2) Wrongdoer: Reneau J. Longoria; [a] [Wo]man; RENEAU J. LONGORIA; [A] PERSON; PURPORTED AGENT FOR JOHN/JANE DOE; purported Agent for said John/Jane Doe; at the work/firm address of Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly, Massachusetts [01915]

____   to the above-named Wrongdoer in hand.

____   to _____(name), a man/woman or suitable age and discretion who was at living at Wrongdoer's usual place of living.

____   to _____(name), who is authorized to receive service for Wrongdoer.

____   by (describe other manner of service): _____

_____

Costs of Service:
Service:      $_____
Travel:       $_____
Postage:      $_____
Other         $_____

Total:        $_____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

State of _____, County of _____   Date: _____
Personally appeared the above named _____(*Server's Printed Name*); did acknowledge the for foregoing instrument to be of her/his free act and deed.

Sworn to and subscribed before me this ____day _____ month _____ year.

_____
Notary Public/Attorney at Law
Printed Name _____        SEAL
My Commission expires _____

*Moore Court*: Claimant No. RF 479 918 022 US in 'Maine Court' at People's Public Venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, before Superior Court at Docket PORSC-CV-2021-_ _ _ _ _

County of _____, SS.

On _____ (date), "i", _____ (*Server's Printed Name*) , served the Claim (and Summons, and Notice _____) upon the (circle) **(1)** Wrongdoer: John/Jane Doe; an unidentified Man/[Wo]man and; JOHN/JANE DOE; AN UNIDENTIFIED PERSON; OWNER and or CREATOR and or PRINCIPAL of **U.S. BANK N. A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; (2)** Wrongdoer: Reneau J. Longoria; [a] [Wo]man; RENEAU J. LONGORIA; [A] PERSON; PURPORTED AGENT FOR JOHN/JANE DOE; purported Agent for said John/Jane Doe; at the work/firm address of Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 225D, Beverly, Massachusetts [01915]

____ to the above-named Wrongdoer in hand.

____ to _____(name), a man/woman or suitable age and discretion who was at living at Wrongdoer's usual place of living.

____ to _____(name), who is authorized to receive service for Wrongdoer.

____ by (describe other manner of service):

_____

Costs of Service:
Service:        $_____
Travel:         $_____
Postage:        $_____
Other           $_____                    *Server's Signature*

Total:          $_____

                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*
State of _____, County of _____        Date: _____
Personally appeared the above named _____ (*Server's Printed Name*); did acknowledge the for foregoing instrument to be of her/his free act and deed.

Sworn to and subscribed before me this ____day _____ month _____ year.

_____
Notary Public/Attorney at Law
Printed Name _____            SEAL
My Commission expires _____

Exhibit B

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____    **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);    **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

---

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: *Moore Court* Registered
action is **claim** by man,
not **complaint**
'Plaintiff'/'Defendant' do not apply

---

Notice: *Moore Court* Registered

The *Moore Court* presents notice:

**Firstly:**    "i": [wo]man; say with the mailing of this communication by way of United
States Post Office Registered Mail # RF 479 918 022 US, the *Moore Court*: Claimant No. RF
479 918 022 US, my common law right, creation and property, is hereby 'registered' with the
Cumberland County a/k/a People's Public Venue, Courthouse with address 205 Newbury Street,
Portland, Maine.

---

**In like manner:  Maine Title 10 § 1532. Common law rights**

Nothing in this chapter shall adversely affect the rights or the enforcement of rights in marks
acquired in good faith at common law at any time before or after the enactment of this chapter.

---

**Secondly:**    i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

*Moore: Shannon R*    Seal
Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____    **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);    **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Chief Prosecutor
action is **_claim_** by man,
not **_complaint_**
'Plaintiff'/'Defendant' do not apply

---

Notice: Chief Prosecutor

The *Moore Court* presents notice:

**Firstly:**    "i": [wo]man; say the chief Prosecutor of the *Moore Court*: Claimant No. RF 479
918 022 US Claim (not complaint) is "i": [Wo]man; Shannon.

**Secondly:**    "i": [wo]man; say all communications between the peoples of this original
jurisdiction of Man action and the *Moore Court* are required to be directed to "i": [Wo]man;
Shannon.

**Thirdly:**    i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021    Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;               )
———            **[Claimant]: Prosecutor**               )
                                                        )
John/Jane Doe; an unidentified Man/[wo]man and;         )
JOHN/JANE DOE; AN UNIDENTIFIED                          )
PERSON; OWNER and or CREATOR and or                     )
PRINCIPAL of **U.S. BANK N. A., AS**                    )
**TRUSTEE FOR LSF9 MASTER**                             )
**PARTICIPATION TRUST**; and; Reneau J.                 )
Longoria; [a] [wo]man; RENEAU J. LONGORIA;              )
A PERSON; PURPORTED AGENT FOR                           )
JOHN/JANE DOE;                                          )
                                                        )
Each Unnamed Wrongdoer (1-99); and; EACH               )
UNNAMED WRONGDOER; PERSON AS                            )
PURPORTED AGENT FOR JOHN/JANE DOE                       )
(1-99);                **Wrongdoers;**                  )
                                                        )

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
notice: jurisdiction
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

notice: jurisdiction

The *Moore Court* presents notice:
**Firstly: i, woman, lay 'my case'**, [suit; accoutrements; &cs…] *into* **'Maine Court'**;
**Secondly:** i, pay money into [a] **'Maine Court'**

> *"A party paying money **into** Court, admits the jurisdiction of such Court, and can not plead
> abatement to it"* ~ J. Chitty pg. 444(1851)

**Thirdly: 'Maine Court', is a 'court of record', a court of law;**

Maine Title 16: COURT PROCEDURE – EVIDENCE, Chapter 3: RECORDS AND OTHER DOCUMENTS, Subchapter 2:
JUDICIAL NOTICE § 402 Common law and statutes – Every court of this State shall take judicial notice of the
common law and statutes of every state, territory and other jurisdiction of the United States.

**Fourthly:** In a **'court of record'**, the magistrate is independent of the tribunal.

Blacks Law Dictionary, 4th Ed. Pg. 1014

**Fifthly:** A **'court of record'**; acts in accordance with common law;

Blacks Law Dictionary, 4th Ed. Pg. 1014

Seventh Amendment

**Sixthly:** Suits in common law, the right of trial by jury shall be preserved.

**Seventhly:** The jury can take upon themselves and determine at their own hazard, the questions of fact
and law; [*cf.* Littleton § 386 ; Bl. Comm. § 378];

**Eighthly:** i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____           **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);              **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
notice: venue
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

notice: venue

The *Moore Court* presents notice:

**Firstly:** **"i": woman, enter 'my case'**, [suit; accoutrements; &cs…] *into* '**Maine Court**';

**Secondly:** '**Maine Court**' is to convene *at,* a public courthouse (venue);

**Thirdly:** The public courthouse, in where ['my case'] lies, is known as a *maine court.*

**Fourthly:** The *maine court* is *at* a location **also referred to as:**
- 'Maine Superior Court, Portland, Maine'
- 'Cumberland County Courthouse, 205 Newbury St.'
- 'Cumberland County Superior Court, Portland, Maine'

**Fifthly:**   The name of the *public courthouse* varies but, at all times ['my case'] lies 'in Maine Court';

**Sixthly:**   i, say here, and will testify in open court, that all herein be true

Date: _7-21-2021_

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____        [Claimant]: Prosecutor

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);          **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
.

---

| *Moore Court*: Claimant No. RF 479 918 022 US at: |
| in 'Maine Court' at public venue called 205 |
| Newbury Street, Courthouse, Portland , Maine |
| a/k/a Cumberland County Courthouse, Portland |
| And In 'Federal Court' at |
| 2:19-cv-00157-JAW |
| Edward T. Gignoux U.S. Courthouse |
| claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
notice: right to pursue claim
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

notice: right to pursue claim

In regards to: 'right to pursue claim'

"i": woman; now require the "Office of the Court Clerk", for the 'Superior Court' of
Cumberland County, Maine, to not interfere with my right to pursue a claim:

faqs of med.uscourts.gov

"...*if you are unable to find an attorney to represent you,*

*you have the right to pursue your claim(s) in the court by*

*appearing without representation...*"

i, say here, and will verify in open court, that all herein be true:

Date: 7-12-2021

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____         **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);            **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021- _ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Property
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

Notice: Property

The *Moore Court* delivers *notice*;

**Firstly:**        "i": [wo]man; declare: **[my] property** is all that i say is exclusive to i and
excludes all others: examples - hopes, dreams, possessions, rights etc..

**Secondly:**        "i": [wo]man; **say this case is [my] property,** i created it and i own it; i have
contract with this People's Public Courthouse Venue at 205 Newbury Street, Portland for an un-
interfered trial by jury, *before* a court of record and law where a man/[wo]man can be heard,
where the jury of my people peers are the sole trier of facts and law.

**Thirdly:**        "i": [wo]man; say i have the right, power and authority to create and administrate
[my] *Moore Court*: Claimant No. RF 479 918 022 US case at the People's Public Venue
Courthouse at 205 Newbury Street, Portland at Docket PORSC-CV-2021- _ _ _ _ _

**Fourthly:**        "i": [wo]man; say [my] case, [my] property, is not *in* Superior Court but *before*
the Court **at** the Peoples Public Venue Courthouse at 205 Newbury Street, Portland, Maine.

**Fifthly:**    i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021                                    Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed; )
_____   **[Claimant]: Prosecutor** )

John/Jane Doe; an unidentified Man/[wo]man and; )
JOHN/JANE DOE; AN UNIDENTIFIED )
PERSON; OWNER and or CREATOR and or )
PRINCIPAL of **U.S. BANK N. A., AS** )
**TRUSTEE FOR LSF9 MASTER** )
**PARTICIPATION TRUST**; and; Reneau J. )
Longoria; [a] [wo]man; RENEAU J. LONGORIA; )
A PERSON; PURPORTED AGENT FOR )
JOHN/JANE DOE; )

Each Unnamed Wrongdoer (1-99); and; EACH )
UNNAMED WRONGDOER; PERSON AS )
PURPORTED AGENT FOR JOHN/JANE DOE )
(1-99);        **Wrongdoers;** )
)
.

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Interference
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

Notice: Interference

The *Moore Court* delivers *notice*;

"i": man/[wo]man; declare: any interference of; for, or; with the enjoyment of [my] property [the exercise of right(s)], by any qualified Employee, of court, will be held liable for damages due to injury and/or harm, resulting from or arising out of ANY tortuous act, error, or omission of the individual ['trespass upon the Case'];

i, will require: compensation of one-dollar for every second (*viz.*, moment in Time) for *any* trespass;

Date: 7-21-2021

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____        **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);          **Wrongdoers;**

```
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
.
```

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Signatures
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

_____
Notice: Signatures

The *Moore Court* presents notice:

**Firstly:**        "i": [wo]man; declare: all documents (including recommendations and

orders) being placed into the 'case' file to have affixed upon it a "wet-ink" (blue,

red or purple ink) signature of its creator, (NO RUBBER STAMPS) all

documents submitted without 'wet-ink' (blue, red or purple ink) signature the

Court will take notice as a contempt of court and will be VOID;

**Secondly:**      i, say here, and will testify in open court, that all herein be true

Date: *7-12-2021*

*Moore : Shannon . Dsen*
Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____    **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);    **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Verification
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

Notice: Verification

The *Moore Court* presents notice:

**Firstly:**    "i": [wo]man; declare: all documents (including recommendations and
orders) being placed into the 'case' are to be verified in open court, under oath
and affirmation, all documents submitted without verification Court will take
notice as a contempt of court and will be Void;

**Secondly:**    i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____ **[Claimant]: Prosecutor**

John/Jane; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);            **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021- _ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
Notice: Sealed Case File
action is ***claim*** by man,
not ***complaint***
'Plaintiff'/'Defendant' do not apply

---

Notice: Sealed Case File

The *Moore Court* presents notice:

**Firstly:**        "i": [wo]man; declare: the ['my case'] file is to remain sealed and not to be

interfered with by People's Public Venue Court employee/s, without [my] consent, until the

matter is at open court trial by jury where the jury is the sole trier of facts and law.

**Secondly:**      i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____         **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);         **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
.

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021- \_ \_ \_ \_ \_
**(verified)**
claim: wrong of trespass, forgery
notice: 'record' is spoken
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

notice: 'record' is spoken

The *Moore Court* presents notice:

**Firstly:**        "i": [wo]man; declare: the 'record' of this common law tort claim of wrong of
trespass, forgery is comprised only of "in court spoken testimony" by man/[wo]man with
competency and capacity to act as witness with firsthand personal knowledge

**Secondly:**        "i": man/[wo]man; say communications or artifacts emanating from sources
foreign to the "open court" proceedings before the trial by jury peoples; are not part of the
record; are not "pressed upon" the record; are not yet determined facts and law by the peoples of
my peers making the trial by jury.

**Thirdly:**        i, say here, and will testify in open court, that all herein be true

Date: _7-12-2021_

_Moore: Shannon - R_        _Ses_
Shannon Moore

File on Demand
"i": [wo]man; Shannon;
under duress; aggrieved; wronged; harmed;
_____      **[Claimant]: Prosecutor**

John/Jane Doe; an unidentified Man/[wo]man and;
JOHN/JANE DOE; AN UNIDENTIFIED
PERSON; OWNER and or CREATOR and or
PRINCIPAL of **U.S. BANK N. A., AS
TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST**; and; Reneau J.
Longoria; [a] [wo]man; RENEAU J. LONGORIA;
A PERSON; PURPORTED AGENT FOR
JOHN/JANE DOE;

Each Unnamed Wrongdoer (1-99); and; EACH
UNNAMED WRONGDOER; PERSON AS
PURPORTED AGENT FOR JOHN/JANE DOE
(1-99);             **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Moore Court*: Claimant No. RF 479 918 022 US at:
in 'Maine Court' at public venue called 205
Newbury Street, Courthouse, Portland , Maine
a/k/a Cumberland County Courthouse, Portland
And In 'Federal Court' at
2:19-cv-00157-JAW
Edward T. Gignoux U.S. Courthouse
claim of conusance

Superior Court
PORSC-CV-2021-_ _ _ _ _
**(verified)**
claim: wrong of trespass, forgery
*notice*/Order: Presider (Magistrate)
action is *claim* by man,
not *complaint*
'Plaintiff'/'Defendant' do not apply

---

*notice*/Order: Presider (Magistrate)

The *Moore Court* requires [a] Presider ("a court of record": non-interfering; Magistrate),

> *cf.* 28 U.S.C. I § 636(b)(1)

It has come to the attention of said *Court*, the services of [a] Presider (*cf.* [a] Magistrate to act as
1st witness and not interfere with the trier of facts and law: the people of the jury) is required.

Attached is order for Superior Court Venue to fill the position for qualified venue employee
man/woman who believes he/she is qualified to minister the affairs of "a court of record"; 1st
witness; Presider (Magistrate).

His/Her (honorable) services, will please said *Moore Court;*

Upon said qualification; the *Moore Court* requires 'office of the clerk' to assign position of
Presider (Magistrate) within ['our case'].

Date: 7-12-2021

Shannon Moore

File on Demand

| | |
|---|---|
| "i": [wo]man; Shannon;<br>under duress; aggrieved; wronged; harmed;<br>_____   **[Claimant]: Prosecutor**<br><br>John/Jane Doe; an unidentified Man/[wo]man and;<br>JOHN/JANE DOE; AN UNIDENTIFIED<br>PERSON; OWNER and or CREATOR and or<br>PRINCIPAL of **U.S. BANK N. A., AS<br>TRUSTEE FOR LSF9 MASTER<br>PARTICIPATION TRUST**; and; Reneau J.<br>Longoria; [a] [wo]man; RENEAU J. LONGORIA;<br>A PERSON; PURPORTED AGENT FOR<br>JOHN/JANE DOE;<br><br>Each Unnamed Wrongdoer (1-99); and; EACH<br>UNNAMED WRONGDOER; PERSON AS<br>PURPORTED AGENT FOR JOHN/JANE DOE<br>(1-99);   **Wrongdoers;** | *Moore Court:* Claimant No. RF 479 918 022 US at:<br>in 'Maine Court' at public venue called 205<br>Newbury Street, Courthouse, Portland , Maine<br>a/k/a Cumberland County Courthouse, Portland<br>And In 'Federal Court' at<br>2:19-cv-00157-JAW<br>Edward T. Gignoux U.S. Courthouse<br>claim of conusance<br><br>Superior Court<br>PORSC-CV-2021-_ _ _ _ _<br>**(verified)**<br>claim: wrong of trespass, forgery<br>Order for Presider (Magistrate)<br>action is ***claim*** by man,<br>not ***complaint***<br>'Plaintiff'/'Defendant' do not apply |

---

Order for Presider (Magistrate)

---

It is Ordered that the following named qualified employees of the Corporation associated with
Maine Superior Court at the People's Public Venue Courthouse at 205 Newbury Street, Portland,
Maine, will serve as shown below.

Both 1st and 2nd witnesses herein shall not interfere with the *Moore Court* People's Public Venue
Courthouse contracted right to trial by jury in court of record and common law (no statutes, no
Plaintiffs/Defendants), where the Presider (Magistrate) is independent from the trier of facts and
law, the people of the jury.

Date: 7-12-2021

*Moore: Shannon-K Sea*

Shannon Moore


Date: _____   By: _____ (wet ink Signature)
                   Printed Name:                    SEAL
                   Presider (Magistrate) as 1st Witness

Date: _____   By: _____ (wet ink Signature)
                   Printed Name:                    SEAL
                   Clerk as 2nd Witness

File on Demand

"i": [wo]man; Shannon;                                )

under duress; aggrieved; wronged; harmed;            )

_____            **[Claimant]: Prosecutor**        )

                                                     )

John/Jane Doe; an unidentified Man/[wo]man and;      )

JOHN/JANE DOE; AN UNIDENTIFIED                       )

PERSON; OWNER and or CREATOR and or                  )

PRINCIPAL of **U.S. BANK N. A., AS**                 )

**TRUSTEE FOR LSF9 MASTER**                          )

**PARTICIPATION TRUST**; and; Reneau J.              )

Longoria; [a] [wo]man; RENEAU J. LONGORIA;           )

A PERSON; PURPORTED AGENT FOR                        )

JOHN/JANE DOE;                                        )

                                                     )

Each Unnamed Wrongdoer (1-99); and; EACH             )

UNNAMED WRONGDOER; PERSON AS                         )

PURPORTED AGENT FOR JOHN/JANE DOE                    )

(1-99);                     **Wrongdoers;**           )

                                                     )

---

| |
|---|
| *Moore Court*: Claimant No. RF 479 918 022 US at: in 'Maine Court' at public venue called 205 Newbury Street, Courthouse, Portland , Maine a/k/a Cumberland County Courthouse, Portland And In 'Federal Court' at 2:19-cv-00157-JAW Edward T. Gignoux U.S. Courthouse claim of conusance |

Superior Court

PORSC-CV-2021-_ _ _ _ _

**(verified)**

claim: wrong of trespass, forgery

notice: bond

action is *claim* by man,

not *complaint*

'Plaintiff'/'Defendant' do not apply

---

notice: bond

The *Moore Court* presents notice:

**Firstly:**        "i": [wo]man; say **my word is my bond** for this ['my case'] file.

**Secondly:**        "i": [wo]man; say i shall settle-up with any man/[wo]man, who, with firsthand personal knowledge, makes verified claim of his/her harm/injury/damage and provides to i his/her "sworn true bill of accrued debt" so i may settle-up.

**Thirdly:**    i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Shannon Moore

*CV-21-279*

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of [M. R. Civ. P. 11].

**I.**    **COUNTY OF FILING OR DISTRICT COURT JURISDICTION** ("X" the appropriate box and enter the County or location)
- [X] Superior Court County: _____
- [ ] District Court Location (city/town): _____

**II.**    **NATURE OF THE FILING**
- [X] Initial Claim

**III.**
- [ ] Third-Party Claim
- [ ] Cross-Claim or Counterclaim
- [ ] Reinstated or Reopened case: Docket Number: _____

_____
*If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

> **Initial Claim:** A Claim filed as an original proceeding. A filing fee is required.
> **Third-Party Claim:** An original Wrongdoer's action against a third party that was not part of the original proceeding. A filing fee is required.
> **Cross-Claim:** An original Wrongdoer's claim against another original defendant. No additional fee is required.
> **Counterclaim:** An original Wrongdoer's claim against an opposing party. No additional fee is required.
> **Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions.

**IV.**    [ ] **REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

**V.**    **MOST DEFINITIVE NATURE OF ACTION**
("X" in ONE box. If the case fits more than one nature of action, select the <u>one</u> that best describes the cause of action.)

GENERAL CIVIL
**Constitutional/Civil Rights**
- [ ] Constitutional/Civil Rights
**Contract**
- [ ] Contract
**Declaratory/Equitable Relief**
- [ ] Declaratory Judgment
- [ ] General Injunctive Relief
- [ ] Other Equitable Relief
**Non-Personal Injury Torts**
- [ ] Auto Negligence
- [ ] Libel/Defamation
- [ ] Other Negligence
- [ ] Other Non-Personal Injury Tort
**Personal Injury Torts**
- [ ] Assault/Battery
- [ ] Auto Negligence
- [ ] Domestic Tort
- [ ] Medical Malpractice
- [ ] Other Negligence
- [X] Other Personal Injury Tort
- [ ] Product Liability
- [ ] Property Negligence

**Statutory Actions**
- [ ] Freedom of Access
- [ ] Other Statutory Action
- [ ] Unfair Trade Practice
**Miscellaneous Civil**
- [ ] Administrative Warrant
- [ ] Appointment of Receiver
- [ ] Arbitration Awards
- [ ] Common Law Habeas Corpus
- [ ] Debt Collection
  - [ ] Brought by a debt collector as defined by 32 M.R.S. § 11002
- [ ] Drug Forfeiture
- [ ] Foreign Deposition
- [ ] Foreign Judgments
- [ ] HIV Testing
- [ ] Land Use Enforcement (80K)
- [ ] Minor Settlements
- [ ] Other Civil
- [ ] Other Forfeiture/Property Libel
- [ ] Pre-Action Discovery
- [ ] Prisoners Transfers
- [ ] Shareholders' Derivative Action

REAL ESTATE
**Foreclosures**
- [ ] Foreclosure (ADR exempt)
- [ ] Foreclosure (Diversion eligible)
- [ ] Foreclosure (Other)
**Title Actions**
- [ ] Boundary
- [ ] Easement
- [ ] Eminent Domain
- [ ] Quiet Title
**Miscellaneous Real Estate**
- [ ] Abandoned Road
- [ ] Adverse Possession
- [ ] Equitable Remedy
- [ ] Mechanics Lien
- [ ] Nuisance
- [ ] Other Real Estate
- [ ] Partition
- [ ] Trespass

APPEALS (ADR EXEMPT)
- [ ] Administrative Agency (80C)
- [ ] Governmental Body (80B)
- [ ] Other Appeal

CHILD PROTECTIVE CUSTODY
- [ ] Non-DHHS Protective Custody

SPECIAL ACTIONS
- [ ] Money Judgment Disclosure

X - Private right [of action]: forgery      X - trail by Jury Demand, court of record at common law

$ PD 475

REC'D CUMB CLERKS OF
JUL 12 '21 PM 3:48

**VI.**   Like manner [M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)]

☐ I certify [that pursuant to M.R. Civ. P. 16B(b)], this case is exempt from a required ADR process because ("X" one box below):

☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

☐ The Claimant or Wrongdoer is incarcerated in a local, state, or federal facility.

☐ The parties have participated in a statutory pre-litigation screening panel process with (name of panel chair) _____ that concluded on (date of panel finding - mm/dd/yyyy)_____.

☐ The parties have participated in a formal ADR process with (name of neutral)_____ on (date – mm/dd/yyyy)_____.

☐ The Claimant's likely damages will not exceed $30,000 & the Claimant requests an exemption.

☐ The action does not include ADR [pursuant to M.R. Civ. P. 16(a)(1)].

☒ There is other good cause for an exemption and the Claimant has filed a motion for exemption. x _~signature~_

**VII.**   Claimant and Wrongdoer contact information
*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) Claimant(s)**
*("X" the box below to indicate the party type associated with the filing)*

☒ Claimant(s)
☐ 3rd-Party Claimant(s)       In the Court of _Moore_
☐ Counterclaimant(s)          Claimant No. _RF 479 918 022 U.S._
☐ Cross-Claimant(s)           at Maine Superior Court at _205 Newbury St_ Court House
                              _Portland, Maine_

Is Claimant a prisoner in a local, state, or federal facility?   ☐ Yes ☒ No

Name (first, middle initial, last): _Shannon   Moore_
Mailing address (include county): _c/o 14 Eastfield Rd, Cape Elizabeth, Maine [near 04107]_

Telephone: _N/A_
Email: _N/A_

Name (first, middle initial, last): _____
Mailing address (include county): _____

Telephone: _____
Email: _____

**(b) Representative for the Claimant(s)**
If there are multiple representatives, indicate the lead representative. *If all representatives do not represent all Claimants, specify which Claimant(s) the listed representative(s) represents.*

Name and bar number: _not ("pro se"), not re-presented, i/we stand on ~my~ our own as man/[wo]man (sui juris)_
Firm name: _i/we are present at but not in Maine Superior Court_
Mailing Address: _if necessary for a man/[wo]man to be recognized before the Maine Superior Court_

Telephone: _we (appear) as man/[wo]man under **duress**, aggrieved, wronged, harmed, Claimant(s) :_
Email: _: prosecutor_

x _~signature~_

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____
Telephone: _____
Email: _____

**(c) Wrongdoer(s)**
*("X" the box below to indicate the party type associated with the filing)*
[X] Wrongdoer(s)
[ ] Third-Party Wrongdoer(s)
[ ] Cntr -Claim Wrongdoer(s)
[ ] Cross-Claim Wrongdoer(s)

Is the Wrongdoer a prisoner in a local, state, or federal facility? [ ] Yes [ ] No *See paperwork*
Name *(first, middle initial, last)*: (1) :: John/Jane Doe: an unidentified Man/Woman and... "
Mailing address *(include county)*: _____

Telephone: ✓
Email: ✓

Name *(first, middle initial, last)*: (2) Peveau J. Conyer's [a] Woman ......... *See paperwork* "
Mailing address *(include county)*: _____

Telephone: ✓
Email: ✓

**(d) Representative(s) for Wrongdoer(s)**
If there are multiple representatives, indicate the lead. *If all do not represent all Wrongdoers, specify which.*

Name and bar number: this is a "Claim" by a man/[wo]man under common law, trial by jury
Firm name: this is not a civil "Complaint" under rules of [a] "Complaint"
Mailing Address: _____

Telephone: Summons Service reply and presence at later scheduled hearing/trial can
Email: be by [a] man/[wo]man only with firsthand knowledge and

Name and bar number: capacity and competence to testify
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

**(e) Peoples in interest**

Name (*first, middle initial, last*): _____

Mailing address (*include county*): _____

_____

Telephone: _____

Email: _____

Name (*first, middle initial, last*): _____

Mailing address (*include county*): _____

_____

Telephone: _____

Email: _____

**(f) Representative(s)**

If there are multiple representatives, indicate the lead representative. *If all do not represent all people in interest, specify which.*

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

Name and bar number: _____

Firm name: _____

Mailing Address: _____

_____

Telephone: _____

Email: _____

**VIII.   RELATED CASE(S) IF ANY**

Case name: _____

Docket Number: _____

Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*): 07/02/2021

▶ *Moore: Shannon-R*

Signature of Claimant or other

*Moore: Shannon-R*   SEAL

Printed Name of Claimant or other